MARIE TRIMBLE HOLVICK (SBN: 257891)
RONNIE SHOU (SBN: 312955)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-4390
Facsimile: (415) 986-8054
mholvick@grsm.com
rshou@grsm.com

Attorneys for Defendant
Three A Properties, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> THREE A PROPERTIES, LLC, a California Limited Liability Company; and DOES 1-10, <br><br> Defendants. | CASE NO. 3:18-CV-07765-JCS <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT THREE A PROPERTIES, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONDUCT JOINT SITE INSPECTION** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

DEFENDANT THREE A PROPERTIES, LLC, a California limited liability company, ("Defendant") and PLAINTIFF RAFAEL ARROYO, JR. ("Plaintiff") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint for access related violations of the Americans with Disabilities Act and related California statutes) on December 28, 2018;

WHEREAS, Defendant has been served;

WHEREAS, Plaintiff and Defendant wish to continue to engage in good faith settlement negotiations;

WHEREAS, Plaintiff and Defendant have jointly agreed to extend Defendant's responsive pleading deadline until April 26, 2019;

WHEREAS, Plaintiff and Defendant have also jointly agreed to extend the parties' Joint Site Inspection deadline until April 23, 2019

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant shall have until April 26, 2019 to respond to Plaintiff's Complaint. The parties shall further have until April 23, 2019 to complete the Joint Site Inspection. This stipulation does not alter any other dates or deadlines set by Court order.

Dated: March 29, 2019

GORDON & REES
SCULLY MANSUKHANI LLP

By: /s/ Ronnie Shou
Marie Trimble Holvick
Ronnie Shou
Attorneys for Defendants
THREE A PROPERTIES, LLC

Dated: March 29, 2019

Center for Disability Access

By: /s/ Farrell Goodman
Farrell Goodman
Attorney for Plaintiff
RAFAEL ARROYO, JR.

Dated: April 1, 2019

GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA